# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| RHONDA MORRIS, SAMUEL MORRIS, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:22-CV-00109-RWS |
| | § | |
| GRIFOLS USA, LLC, BIOMAT USA, INC, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Agreed Stipulation of Dismissal with Prejudice. Docket No. 47. In the stipulation, the parties agreed to the dismissal of all claims, disputes and controversies with prejudice. *Id.* The parties also stipulate that each party shall pay their own costs. *Id.* The Court, having reviewed the agreed stipulation finds that it should be **GRANTED**. Accordingly, it is

**ORDERED** that the stipulated dismissal is accepted by the Court and that the above-captioned case is **DISMISSED WITH PREJUDICE**. Court costs and attorneys' fees shall be borne by the party incurring the same. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to close the case.

**So ORDERED and SIGNED this 4th day of December, 2023.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE